Roache, against Harry A. Hanbury. No opinion. Stay of execution granted up to and including the 25th day of May, 1914. See, also, 147 N. Y. Supp. 851.

PEOPLE ex rel. RUDD, Appellant, v. CROPSEY, Dist. Atty., Respondent. (Supreme Court, Appellate Division, Second Department. May 8, 1914.) Proceeding by the People of the State of New York, on the relation of Stephen A. Rudd, against James C. Cropsey, as District Attorney of the County of Kings. No opinion. Motion denied, on condition that appellant perfect his appeal, place the case on the June calendar, and be ready for argument when reached; otherwise, motion granted, with costs.

PEOPLE ex rel. SCHULTZE, Appellant, v. FEINBERG et al., Respondents. (Supreme Court, Appellate Division, First Department. May 22, 1914.) Proceeding by the People of the State of New York, on the relation of Otto H. Schultze, against Israel L. Feinberg and others, individually and as Coroners, etc. A. C. Vandiver, of New York City, for appellant. T. Farley, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. SCOTT v. WALDO, Police Com'r. (Supreme Court, Appellate Division, Second Department. May 1, 1914.) Proceeding by the People of the State of New York, on the relation of Michael F. Scott, against Rhinelander Waldo, as Police Commissioner of the City of New York. No opinion. Determination confirmed, and writ of certiorari quashed, with $50 costs and disbursements.

PEOPLE ex rel. STANTON v. WALDO, Police Com'r. (Supreme Court, Appellate Division, First Department. May 22, 1914.) Proceeding by the People of the State of New York, on the relation of John F. Stanton, against Rhinelander Waldo, as Police Commissioner, etc. D. M. Neuberger, of New York City, for relator. T. Farley, of New York City, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. VON CLAUSEN, Appellant, v. HANLEY, Warden, Respondent. (Supreme Court, Appellate Division, First Department. April 9, 1914.) Proceeding by the People of the State of New York, on the relation of Ida von Clausen, against John J. Hanley, Warden, etc. R. M. Newman, of New York City, for appellant. G. Z. Medalie, of New York City, for respondent. No opinion. Order affirmed. Order filed. See, also, 146 N. Y. Supp. 1108.

PEOPLE ex rel. WHITE v. DIKE, Judge of County Court. (Supreme Court, Appellate Division, Second Department. April 10, 1914.) Proceeding by the People of the State of New York, on the relation of Josiah J. White, against Norman S. Dike, as Judge of the County Court of the County of Kings. No opinion. Motion denied, without prejudice to renewal.

The petition presented to the county judge, with the original precept submitted, should be made part of the moving papers for such application. See, also, 147 N. Y. Supp. 1135.

PEOPLE ex rel. WHITE v. DIKE, Judge of County Court. (Supreme Court, Appellate Division, Second Department. May 15, 1914.) Proceeding by the People of the State of New York, on the relation of Josiah J. White, against Norman S. Dike, as Judge of the County Court of the County of Kings.
PER CURIAM. On April 10, 1914, by the decision then made, relator was advised that his motion papers were incomplete. The defect was pointed out, and he was given an opportunity to renew the motion upon supplying the necessary papers. This would, of course, involve again serving respondent with a complete set of the new motion papers. Instead of accepting the suggestion, he moved for a reargument upon the same motion papers previously submitted. In his brief upon the motion for reargument, relator states that the papers declared by our previous decision to be necessary have been lost. If that is so, he may be unfortunate; but we can afford him no relief. Motion denied. See, also, 147 N. Y. Supp. 1135.

PEOPLE ex rel. WHITE v. DIKE, Judge of County Court. (Supreme Court, Appellate Division, Second Department. May 25, 1914.) Proceeding by the People of the State of New York, on the relation of Josiah J. White, against Norman S. Dike, as Judge of the County Court of the County of Kings. No opinion. Motion denied. See, also, 147 N. Y. Supp. 1135.

PEOPLES, Appellant, v. TOWNSEND, Respondent. (Supreme Court, Appellate Division, First Department. April 9, 1914.) Action by Mabel H. Peoples, as administratrix, etc., against Copeland Townsend, etc. B. J. Wright, of New York City, for appellant. B. G. Barton, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 147 N. Y. Supp. 1135.

PEOPLES v. TOWNSEND. (Supreme Court, Appellate Division, First Department. May 8, 1914.) Action by Mabel H. Peoples, as administratrix, etc., against Copeland Townsend, etc. No opinion. Motion denied, with $10 costs. Order filed. See, also, 147 N. Y. Supp. 1135.

PEOPLE'S NAT. BANK OF BROOKLYN, Respondent, v. MANNESCHMIDT, Appellant. (Supreme Court, Appellate Division, Second Department. April 17, 1914.) Action by the People's National Bank of Brooklyn, etc., against Jacob Manneschmidt, Jr. No opinion. Appeal dismissed, with $10 costs and disbursements.

PEPPER, Respondent, v. GLASS BAKERY, Appellant. (Supreme Court, Appellate Division, Third Department. May 6, 1914.) Action by John H. Pepper against the Glass